United States District Court

Eastern District of California

Philip Grant Dehaas,

       Plaintiff,                     No. Civ. S 05-0578 MCE PAN P

  vs.                               Notice

State of California, et al.,

       Defendants.

-oOo-

    Plaintiff is a prisoner, without counsel, seeking leave to commence an action against prison officials for civil rights violations in forma pauperis pursuant to 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $250 filing fee required by 28 U.S.C. § 1914(a). No initial partial filing fee has been assessed. However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust

1 fund account. 28 U.S.C. § 1915(b)(2). The agency having custody
2 of plaintiff is required to forward payments from plaintiff's
3 account to the clerk of the court each time the amount in the
4 account exceeds $10 until the filing fee is paid.
5    The clerk of the court shall serve a copy of this notice and
6 a copy of plaintiff's in forma pauperis application upon the
7 Director of the California Department of Corrections and deliver
8 a copy of this notice to the clerk's financial division.
9    Dated: June 2, 2005.

      /s/ Peter A. Nowinski
      PETER A. NOWINSKI
      Magistrate Judge