United States District Court

Eastern District of California

Philip Grant Dehaas,

    Plaintiff,                      No. Civ. S 05-0578 MCE PAN P

  vs.                            Findings and Recommendations

State of California, et al.,

    Defendants.

-oOo-

    June 3, 2005, the court dismissed plaintiff's complaint for failure to state a claim upon which relief could be granted and explained the complaint's deficiencies, giving plaintiff 45 days' leave to file an amended complaint correcting those deficiencies. The 45-day period now has expired and plaintiff has not filed an amended complaint.

    Accordingly, I hereby recommend that this action be dismissed for failure to state a claim upon which relief could be granted. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 20 days of service of these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated: November 17, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge