1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  PHILIP GRANT DEHAAS,                No. 2:05-cv-0578-MCE-PAN-P

12          Plaintiff,

13      v.                              <u>ORDER</u>

14  STATE OF CALIFORNIA, ET AL.,

15          Defendants.
    _____/

16

17      Plaintiff, a state prisoner proceeding pro se, has filed

18  this civil rights action seeking relief under 42 U.S.C. § 1983.

19  The matter was referred to a United States Magistrate Judge

20  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21  262.

22      On November 17, 2005,  the magistrate judge filed Findings

23  and Recommendations herein which were served on Plaintiff and

24  which contained notice to Plaintiff that any Objections to the

25  Findings and Recommendations were to be filed within twenty (20)

26  days.

Plaintiff has not filed Objections to the Findings and
Recommendations.

The Court has reviewed the file and finds the Findings and
Recommendations to be supported by the record and by the
magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
that:

1.  The Findings and Recommendations filed November 17,
2005, are adopted in full; and

2.  This action is dismissed for Plaintiff's failure to
state a claim upon which relief could be granted.

DATED: December 28, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE